UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA ALCARAZ,<br><br>                    Plaintiff,<br><br>              v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. CV 16-4784 JC<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: March 28, 2017

                                      _____/s/_____
                                      Honorable Jacqueline Chooljian
                                      UNITED STATES MAGISTRATE JUDGE