JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA ALCARAZ, | CASE NO. CV 16-4784 JC |
| Plaintiff, | ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d) |
| vs. | |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $3,350.00 subject to the terms of the stipulation.

Dated: May 1, 2017

/s/
Honorable Jacqueline Chooljian
United States Magistrate Judge

---

[1] Nancy A. Berryhill is hereby substituted as the defendant in this action, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

**Order Awarding EAJA Fees**